ACCEPTED
01-14-00899-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/9/2015 5:34:48 PM
CHRISTOPHER PRINI
CLERK



### KEN PAXTON
ATTORNEY GENERAL OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

4/9/2015 5:34:48 PM

CHRISTOPHER A. PRINE
Clerk

April 9, 2015

FIRST COURT OF APPEALS
301 Fannin Street
Houston, Texas 77002-2066
**ATTN: Christopher A. Prine**

*VIA ELECTRONIC FILING*

Re:   *Case No. 01-14-00899-CV; The State of Texas v. Titan Land Development, Inc. and Bauer-Hockley 550, L.P.*; In the First Court of Appeals, Houston, Texas.

Dear Mr. Prine:

Oral argument was held in this case on April 8, 2015. At that time the Court indicated that the State could provide a letter with a case citation for the proposition that statutory provisions without penalties were directory rather than mandatory. Please distribute this post-submission letter to Justices Jennings, Higley and Huddle.

In *Helena Chemical Company v. Wilkins*, 47 S.W.3d 486 (Tex. 2001), the Supreme Court stated the following:

> To determine whether a timing provision is mandatory, we first look to whether the statute contains a noncompliance penalty. If a provision requires that an act be performed within a certain time without any words restraining the act's performance after that time, the timing provision is usually directory.

*Id.* at 495.

In addition, in further response to Justice Jennings's question regarding other provisions with similar twenty-day deadlines, a comparable provision would be the civil suit answer deadline contained in Texas Rule of Civil Procedure 99(b).

Mr. Prine
April 9, 2015
Page 2

Sincerely,

/S/ Susan Desmarais Bonnen
Susan Desmarais Bonnen
Assistant Attorney General
susan.bonnen@texasattorneygeneral.gov

SDB/lfs

cc:     Charles McFarland          via email:  cmcfarland@mcfarlandpllc.com
                                   and E-Service